IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERCIA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-30067-SPM |
| VINCENTE L. JACKSON, | |
| Defendant. | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant Vincente L. Jackson's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10 [hereinafter Guidelines], making Amendment 821 retroactive (Doc. 56). The Government agrees to the Motion.

The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when he committed his offense of conviction. Jackson's total offense level at sentencing was 19 and his criminal history category was II, which provided for a sentencing range of between 33 and 41 months. The Court imposed a sentence of 33 months at the lower end of the Guidelines range. (*See* Doc. 49). Pursuant to Amendment 821, Defendant Jackson's 2 status points are reduced to 1 and his criminal history category is reduced from II to I. The result is that his guideline

sentencing range is lowered to 30 to 37 months. Considering this lowered range, the parties have agreed that a sentence reduction from 33 months to 30 months in prison on all counts of conviction is appropriate. The Court agrees for the reasons set forth in the Motion.

Accordingly, the Court **GRANTS** the agreed motion (Doc. 56) and reduces the defendant's sentence of imprisonment from 33 months to 30 months on both counts, to run concurrently, effective **February 1, 2024**. The Court attaches its standard order (AO Form 247) reflecting the sentence reduction.

**IT IS SO ORDERED.**

**DATED:  December 20, 2023**

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
